IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AUBREY HENNIGAN and § <br> NATALIE SUE MASSEY, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FORD MOTOR COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. G-05-565 |

### ORDER CARRYING THROUGH TRIAL DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This lawsuit arises out of a fire that occurred at the home of Plaintiffs Aubrey Hennigan and Natalie Sue Massey. Defendant Ford Motor Company moved for summary judgment on July 12, 2006. Plaintiffs' Response would be due on August 1, 2006. Trial in this case is set to begin on August 14, 2006. Because of the fact-specific nature of this Motion and the proximity of trial, a decision on this issue is best left for the trial. Therefore, Defendant Ford Motor Company's Motion for Summary Judgment is **CARRIED THROUGH TRIAL**.

**IT IS SO ORDERED**.

**DONE** this 13th day of July, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge