IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 0 2 2006

Michael N. Milby, Clerk of Court

| AUBREY HENNIGAN | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL NO. G:05-565 |
| | § | |
| FORD MOTOR COMPANY | § | |

### ORDER

This case hereby is administratively closed, pending settlement, without prejudice to any party to re-open the case within thirty (30) days from this date, for exceptional cause shown.

IT IS SO ORDERED this _1st_ day of August, 2006.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE